

United States Department of Justice

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*  *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*  *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

December 3, 2025

**Via CM/ECF**

The Honorable Anne M. Nardacci
United States District Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

    Re:    *United States v. Flor Arencibia*, No. 1:23-CR-511 (AMN)

Dear Judge Nardacci:

    The government respectfully requests that the sentencing of the above-referenced defendant, which is currently set for December 9, 2025, be adjourned for a date convenient for the Court, preferably in April 2026, and that the deadline for the parties to submit their sentencing memoranda, which was set for November 21, 2025, also be adjourned in advance of sentencing. Counsel for the defendant has no objection to this request.

    We thank the Court for its attention to this matter.

                                     Respectfully submitted,

                                      JOHN A. SARCONE, III
                                      Acting United States Attorney

                By:    *s/ Ashlyn Miranda*
                       Ashlyn Miranda
                       Assistant United States Attorney
                       Bar Roll No. 700759

cc:    Arthur R. Frost, Esq. (via CM/ECF)